IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LESLIE RENEE CHILDERS,        )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:14cv985-MHT
                              )            (WO)
CLANTON POLICE DEPARTMENT,    )
et al.,                       )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendants violated her right to due process by failing to appropriately prosecute an individual she claims assaulted her with a car. She further alleges in a motion for a temporary restraining order, that she is being harassed by the Clanton Police Department in retaliation for filing this lawsuit. This claim is not alleged in the complaint.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge

that plaintiff's case be dismissed.  Although Plaintiff has not filed a document styled as objections to the recommendation, the court will construe the motion for status report (doc. no. 11) as objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 7th day of November, 2014.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE