IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LESLIE RENEE CHILDERS,      )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:14cv985-MHT
                            )             (WO)
CLANTON POLICE DEPARTMENT,  )
et al.,                     )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion for status report (doc. no. 11) is construed as objections to the United States Magistrate Judge's recommendation.

(2) Plaintiff's objections (doc. no. 11) are overruled.

(3) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

(4) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of November, 2014.

                     /s/ Myron H. Thompson  
                     **UNITED STATES DISTRICT JUDGE**